| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L**.<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Kubota Credit Corporation* | |
| In re:<br><br>Keelon Silton Shackleford<br>*dba* Tycromedia, LLC.<br>*dba* Citidecor LLC.<br>*dba* Citidecor Realty LLC.<br>*dba* Citi Farms LLC.<br>Debtor. | Chapter: 13<br><br>Case No. 25-21727-MBK<br><br>Hearing Date: February 11, 2026<br><br>Judge Michael B. Kaplan |

## OBJECTION TO CONFIRMATION OF PLAN

Creditor, Kubota Credit Corporation, files its Objection to Confirmation of Plan and states:

1. Creditor is the lienholder on the title of the following collateral: Kubota B2601HSD-1, VIN: KBUB6BHRVM1B74443 and Kubota LA435, VIN: B8126.

2. Creditor filed Proof of Claim Number 2-1 in the total amount of $5,469.94, including a pre-petition arrearage in the amount of $10.00.

3. The Debtor's proposed Chapter 13 Plan does not provide for treatment of Creditor's Claim on the collateral.

4. To the extent the Debtor intends to leave Creditor's Claim unaffected by the Plan, the Plan should be modified to include Creditor in Section 4(f) of the Plan.

**WHEREFORE**, Creditor respectfully requests the Court sustain this Objection and for such other and further relief as the Court deems appropriate.

                                        Stewart Legal Group, P.L.,
                                        attorney for Kubota Credit Corporation

Dated: January 14, 2026

                          By:     */s/Gavin N. Stewart*
                                   Gavin N. Stewart, Esq.