UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with**
**D.N.J.LBR 9004-1**

**STEWART LEGAL GROUP, P.L**.
*Formed in the State of Florida*
Gavin N. Stewart, Esq.
*Of Counsel to Bonial & Associates, P.C.*
401 East Jackson Street, Suite 2340
Tampa, FL 33602
Tel: 813-371-1231/Fax: 813-371-1232
E-mail: gavin@stewartlegalgroup.com
*Attorney for Kubota Credit Corporation*

In re:

Keelon Silton Shackleford
*dba* Tycromedia, LLC.
*dba* Citidecor LLC.
*dba* Citidecor Realty LLC.
*dba* Citi Farms LLC.

                    Debtor.

Chapter: 13

Case No. 25-21727-MBK

Hearing Date: February 11, 2026

Judge Michael B. Kaplan

### CERTIFICATION OF SERVICE

1.   I, <u>Jennifer Baker</u>:
   ☐  represent the _____ in the above-captioned matter.

   ☑  am the legal assistant for <u>Stewart Legal Group, P.L.</u> who represents the <u>Creditor</u>.

   ☐  am the _____ in the above case and am representing myself.

2.   On <u>January 14, 2026</u>, I sent a copy of the following pleadings and/or documents to the parties

   listed in the chart below:

   •   Objection to Confirmation

3.   I hereby certify under penalty of perjury that the above documents were sent using the mode

   of service indicated.

<u>January 14, 2026</u>
Date

/s/*Jennifer Baker*
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by court ) |
| Keelon Silton Shackleford, Pro Se<br>36 Four Corners Road<br>Blairstown, NJ 07825 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by court) |