| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L**.<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Kubota Credit Corporation* | |
| In re:<br><br>Keelon Silton Shackleford<br> *dba* Tycromedia, LLC.<br>*dba* Citidecor LLC.<br>*dba* Citidecor Realty LLC.<br>*dba* Citi Farms LLC.<br><br>                                                                Debtor. | Chapter: 13<br><br>Case No.: 25-21727-MBK<br><br>Hearing Date: February 11, 2026<br><br>Judge Michael B. Kaplan |

## CERTIFICATION OF SERVICE

1. I, Jennifer Baker:

    ☐ represent the _____ in the above-captioned matter.

    ☒ am the legal assistant for Stewart Legal Group, P.L. who represents the Creditor.

    ☐ am the _____ in the above case and am representing myself.

2. On January 30, 2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    - Response

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

| | |
|---|---|
| January 30, 2026 | /s/*Jennifer Baker* |
| Date | Signature |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by court ) |
| Keelon Silton Shackleford, Pro Se<br>36 Four Corners Road<br>Blairstown, NJ 07825 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by court) |